IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER LINK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 13-812 |
| | ) | Judge Joy Flowers Conti/ |
| | ) | Magistrate Judge Maureen P. Kelly |
| SOCIAL SECURITY DISABILITY, | ) | |
| Defendant. | ) | |

# **O R D E R**

AND NOW, this 30th day of July, 2014, after the Plaintiff, Heather Link, filed an action in the above-captioned case, and after Motions for Summary Judgment were filed by the parties ECF Nos. 8 and 12, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 21, 2014, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [ECF No. 8] is granted in part and denied in part.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [ECF No. 12] is denied.

IT IS FURTHER ORDERED that the decision of the administrative law judge ("ALJ") is vacated and this case is remanded to the Commissioner of Social Security for further administrative proceedings.

1

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

The clerk shall mark this case closed.


/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge


cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Heather Link
45 Markle Street
Uniontown, PA 15401

All Counsel of Record Via CM-ECF